G. WELLINGTON DOUGLAS, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27822.)

Argued May 20, 1946; decided May 29, 1946.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* of counsel), for motion.

*Albert Jakobson* opposed.

Motion denied upon condition that appellant's administrator be substituted for appellant, and that he be ready to argue the appeal during the fourth week of the present session; otherwise motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.